208 So.2d 318

**LOUISIANA STATE BOARD OF MEDICAL EXAMINERS**

v.

**Melvin D. EASTMAN.**

No. 49167.

March 27, 1968.

Application not considered. The applicant makes no showing that remedial writs have been denied by the Court of Appeal. This Court will not exercise its supervisory jurisdiction until the remedies in that court have been exhausted. See Moity v. Mahfouz, 242 La. 625, 137 So.2d 514 (per curiam), and Louisiana State Board of Medical Examiners v. Boyd, 251 La. 1043, 208 So.2d 321.